# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| SMITH, SHANITA | § | Case No. 11-10126 |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)**

     Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Phillip D. Levey, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

     The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

               Kenneth Gardner
               U.S. Bankruptcy Court Clerk
               219 South Dearborn Street- 7th Floor
               Chicago, IL  60614

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 09/27/2012 in Courtroom 682,
               United States Courthouse
               219 South Dearborn Street
               Chicago, IL  60604
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____          By: <u>Kenneth S. Gardner</u>
                                                            Clerk, U.S. Bankruptcy Court

*Phillip D. Levey*
*2722 North Racine Avenue*
*Chicago, IL 60614*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
SMITH, SHANITA § Case No. 11-10126
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 38,171.23 |
| and approved disbursements of | $ | 188.94 |
| leaving a balance on hand of[1] | $ | 37,982.29 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Phillip D. Levey | $ 4,567.12 | $ 0.00 | $ 4,567.12 |
| Trustee Expenses: Phillip D. Levey | $ 39.09 | $ 0.00 | $ 39.09 |
| Attorney for Trustee Fees: Phillip D. Levey | $ 9,112.50 | $ 0.00 | $ 9,112.50 |
| Other: David Liebowitz | $ 1,757.00 | $ 0.00 | $ 1,757.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 15,475.71 |
| Remaining Balance | $ 22,506.58 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 26,004.14 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 86.6 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | FIA CARD SERVICES, N.A. | $ 2,049.01 | $ 0.00 | $ 1,773.42 |
| 000002 | Citibank N.A. | $ 6,190.97 | $ 0.00 | $ 5,358.28 |
| 000003 | Northern II University | $ 2,609.94 | $ 0.00 | $ 2,258.90 |
| 000004 | Capital Recovery III LLC | $ 6,039.00 | $ 0.00 | $ 5,226.75 |
| 000005 | Sallie Mae | $ 7,703.88 | $ 0.00 | $ 6,667.71 |
| 000006 | American InfoSource LP as agent for | $ 393.68 | $ 0.00 | $ 340.73 |
| 000007 | American InfoSource LP as agent for | $ 251.81 | $ 0.00 | $ 217.94 |
| 000008 | CVF Consumer Acqusition Co its successors and | $ 296.64 | $ 0.00 | $ 256.74 |
| 000009 | CVF Consumer Acqusition Co its successors and | $ 469.21 | $ 0.00 | $ 406.11 |
| | Total to be paid to timely general unsecured creditors | | $ | 22,506.58 |

    Remaining Balance                                                    $_____0.00

    Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

    Tardily filed general (unsecured) claims are as follows:

NONE

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

    Prepared By: /s/Phillip D. Levey_____
                                  Trustee's Counsel

*Phillip D. Levey*
*2722 North Racine Avenue*
*Chicago, IL 60614*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 11-10126-JBS
Shanita Smith                                                             Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: lhatch              Page 1 of 3              Date Rcvd: Aug 27, 2012
                              Form ID: pdf006           Total Noticed: 54

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 29, 2012.
```
db          +Shanita Smith,    8835 S Wabash,    Chicago, IL 60619-6614
16945931    +AEC NCT,    PO Box 2461,    Harrisburg PA 17105-2461
16945927    +ARS,    PO Box 469046,    Escondido CA 92046-9046
16946253    +Americas FNCL Choice,    1415 W 22nd St,    Fl Tower,    Oakbrook,IL 60523-2031
16946254     Arrow Financial Services,    5996 W Touhy Ave,    Niles,IL 60714-4610
16946255    +Bank of America,    4161 Piedmont Pkwy,    Greensboro,NC 27410-8119
16946256    +CMI,    4200 International,    Carrollton,TX 75007-1930
17912890     CVF Consumer Acqusition Co its successors and,    assigns as assignee of NCO Group Inc,
              Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
17880057    +Chase,    800 Brooksedge Blvd,    Westerville, OH 43081-2822
16945928    +Chase BAnk USA,    PO Box 15298,    Wilmington DE 19850-5298
16946265    +Citibank,    PO Box 6052,    Sioux Falls,SD 57117-6052
17619290    +Citibank N.A.,    c/o Citibank (South Dakota), N.A.,    ATTN: Claims Dept. MC 2135,
              701 E 60th Street North,    Sioux Falls, SD 57104-0432
16945851     City of Chicago,    Dept of Water Mgmt,    PO Box 6330,    Chicago IL  60680-6330
16945958    +Comptroller Credit Inc,    640 W Fourth St,    Winston Salem NC 27101-2730
16945932    +DCS,    PO Box 62750,    San Angelo TX 76906-2750
16945791    +EMC Mortgage Corp,    710 Ash Ste 200,    Glendale CO 80246-1989
16946257    +Empire Hpme Service,    PO Box 981439,    El Paso,TX 79998-1439
17587099     FIA CARD SERVICES, N.A.,    PO Box 15102,    Wilmington, DE 19886-5102
16946264    +Frederick J. Hanna,    1427 Roswell Rd,    Marietta,GA 30062-3668
18252437    +Illinois Collection SE,    8231 185th Street,    Suite 100,    Tinley Park, IL 60487-9356
18252438    +J.R.S.I, Inc.,    c/o Steven Fink & Associates, P.C.,    25 East Washington Street, Ste 1233,
              Chicago, IL 60602-1876
17880028    +JP Morgan Chase Bank, NA,    Mail Code LA4-5555q,    700 Kansas Lane,    Monroe, LA 71203-4774
16946259   #+NCO Financial,    PO Box 4909,    Trenton,NJ 08650-4909
16945959    +NCO Financial,    PO Box 88292,    Chicago IL 60680-1292
18252439    +National College,    1200 North 7th Street,    Harrisburg, PA 17102-1419
18252440   #+Nationwide Credit Co,    815 Commerce Drive,    Suite 100,    Oak Brook, IL 60523-8839
16946266    +North Star Location Serv,    4285 Genesee St,    Cheektowaga,NY 14225-1943
17731329     Northern Il University,    235 Swen Parson,    Student Loan REc,    Dekalb,IL 60115-3085
16946260    +Northern Il University,    210 Swen Parson,    Student Loan REc,    Dekalb,IL 60115-3085
16945852    +Peoples Gas Light & Coke Company,    130 E Randolph Drive,    Chicago IL 60601-6203
16946261    +Professional Acct,    2040 W Wisconsin,    Milwaukee,WI 53233-2098
16945957    +Rush University Med Center,    Patient Financial Services,    PO Box 4075,
              Carol Stream IL 60197-4075
16946262    +SLC Student Loan,    PO Box 6497,    Sioux Falls,SD 57117-6497
18252489    +Student Loan Trust,    P.O. Box 22828,    Rochester, NY 14692-2828
18252490    +TCF Bank,    c/o Professional Account,    2040 West Wisconsin Avenue,    Milwaukee, WI 53233-2098
16946269     TCF Bank,    800 Ridge Pkwy,    Burr Ridge,IL 60521
16945956    +Tate and Kirlin Ass,    2810 Southhampton Rd,    Philadelphia PA 19154-1207
18252491    +US Cellular,    P.O. Box 3097,    Bloomington, IL 61702-3097
18252493    +WFNNB/VICTORIAS,    P.O. Box 182128,    Columbus, OH 43218-2128
18252494    +WOW Internet Cable,    c/o Credit Management,    P.O. Box 118288,    Carrollton, TX 75011-8288
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
16945933    +E-mail/PDF: recoverybankruptcy@afninet.com Aug 28 2012 02:26:53     AFNI,    PO Box 3097,
              Bloomington IL 61702-3097
16945930    +E-mail/Text: jkeller@armpros.com Aug 28 2012 02:10:39     Accounts Receivable Mana,
              910 W Van Buren,    Chicago IL 60607-3523
17880056    +E-mail/Text: jasonm@afchoice.com Aug 28 2012 02:10:42     America S Fi,    2 West Madison Street,
              Suite 200,    Oak Park, IL 60302-4204
17825919     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 28 2012 02:26:56
              American InfoSource LP as agent for,    US Cellular,    PO Box 248838,
              Oklahoma City, OK  73124-8838
16946270    +E-mail/Text: cms-bk@cms-collect.com Aug 28 2012 02:29:23     Capital Mgmt Ser,
              726 Exchange St Ste 700,    Buffalo,NY 14210-1494
17760873     E-mail/PDF: rmscedi@recoverycorp.com Aug 28 2012 02:31:23     Capital Recovery III LLC,
              c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
16946267    +E-mail/Text: legalcollections@comed.com Aug 28 2012 02:06:23     Comed,    PO Box 6111,
              Carol Stream,IL 60197-6111
16946268    +E-mail/PDF: gecsedi@recoverycorp.com Aug 28 2012 02:31:22     GE Money Bank,    PO Box 960061,
              Orlando,FL 32896-0061
17880058    +E-mail/PDF: gecsedi@recoverycorp.com Aug 28 2012 02:31:22     GEMB/Empire,    P.o. Box 981439,
              El Paso, TX 79998-1439
16946258    +E-mail/Text: bankruptcydepartment@ncogroup.com Aug 28 2012 02:47:19     NCO Medclear,
              PO Box 17095,    Wilmington,DE 19850-7095
18252441     E-mail/Text: bankruptcy@niu.edu Aug 28 2012 02:45:21     Northern Illinois University,
              Swen Parson 210,    DeKalb, IL 60115
16946263    +E-mail/PDF: pa_dc_claims@salliemae.com Aug 28 2012 03:39:08     Sallie Mae,    PO Box 9500,
              Wilkes Barre,PA 18773-9500
17761100    +E-mail/PDF: pa_dc_claims@salliemae.com Aug 28 2012 03:39:08     Sallie Mae,    c/o Sallie Mae Inc.,
              220 Lasley Ave.,    Wilkes-Barre, PA 18706-1496
16946252    +Fax: 866-419-3894 Aug 28 2012 03:06:26     US Cellular,    Dept 0203,    Palatine,IL 60055-0001
```

```
District/off: 0752-1           User: lhatch              Page 2 of 3               Date Rcvd: Aug 27, 2012
                               Form ID: pdf006           Total Noticed: 54
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
                                                                                                TOTAL: 14
           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
16946580   ##+Bank of America,    PO box 15026,    Wilmington DE 19850-5026
17880027   ##+Bank of America,    P.O. Box 1598,    Norfolk, VA 23501-1598
16945929   ##+Bank of America,    600 Wilshire Blvd,    Los Angeles CA 90017-3212
18252492   ##+WFNNB/EXPRES,    P.O. Box 330066,    NorthGlenn, CO 80233-8066
                                                                                   TOTALS: 0, * 0, ## 4
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 29, 2012**                        **Signature:**   _Joseph Speetjens_

```
District/off: 0752-1           User: lhatch              Page 3 of 3              Date Rcvd: Aug 27, 2012
                               Form ID: pdf006           Total Noticed: 54
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 27, 2012 at the address(es) listed below:
              David P Leibowitz    on behalf of Trustee Phillip Levey dleibowitz@lakelaw.com,
               czuniga@lakelaw.com;jstorer@lakelaw.com;ECF@lakelaw.com
              Jose G Moreno    on behalf of Creditor  JPMorgan Chase Bank, NA nd-one@il.cslegal.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Paul O Otubusin    on behalf of Debtor Shanita Smith otubusinlaw@aol.com,   vdulevicius@aol.com
              Phillip D Levey    levey47@hotmail.com,   plevey@ecf.epiqsystems.com
              Phillip D Levey    on behalf of Trustee Phillip Levey levey47@hotmail.com
                                                                                             TOTAL: 6