UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
§
§
SMITH, SHANITA § Case No. 11-10126
§
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Phillip D. Levey, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $       (see **Exhibit 2**), yielded net receipts of $              from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/Phillip D. Levey_____
                                                               Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA |  |  |  |  |  |
| TOTAL SECURED CLAIMS |  |  | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| PHILLIP D. LEVEY | | | | | |
| PHILLIP D. LEVEY | | | | | |
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |
| LEVEY, PHILLIP D. | | | | | |
| LIEBOWITZ, DAVID | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000006 | AMERICAN INFOSOURCE LP AS AGENT FOR | | | | | |
| 000007 | AMERICAN INFOSOURCE LP AS AGENT FOR | | | | | |
| 000004 | CAPITAL RECOVERY III LLC | | | | | |
| 000002 | CITIBANK N.A. | | | | | |
| 000008 | CVF CONSUMER ACQUSITION CO ITS SUCC | | | | | |
| 000009 | CVF CONSUMER ACQUSITION CO ITS SUCC | | | | | |
| 000003 | NORTHERN II UNIVERSITY | | | | | |
| 000005 | SALLIE MAE | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000001 | FIA CARD SERVICES, N.A. | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 1

Exhibit 8

| Case No: | 11-10126 | JBS | Judge: JACK B. SCHMETTERER | | Trustee Name: | Phillip D. Levey |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | SMITH, SHANITA | | | | Date Filed (f) or Converted (c): | 03/11/11 (f) |
| | | | | | 341(a) Meeting Date: | 04/22/11 |
| For Period Ending: | 01/11/13 | | | | Claims Bar Date: | 10/18/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 8835 South Wabash Avenue Chicago, IL | Unknown | 0.00 | | 0.00 | FA |
| 2. Cash | 45.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 3. Checking Account | 50.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 4. Savings Account | 4.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 5. HOUSEHOLD FURNISHINGS | 6,500.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 6. WEARING APPAREL | 500.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 7. 2006 Pontiac G6-Repossessed 4/10 | 0.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 8. Fire Loss Insurance Claim | 190,000.00 | 0.00 | | 38,169.64 | FA |
| 9. Post-Petition Interest Deposits (u) | Unknown | N/A | | 1.89 | Unknown |
| TOTALS (Excluding Unknown Values) | $197,099.00 | $0.00 | | $38,171.53 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 09/30/12     Current Projected Date of Final Report (TFR): 09/30/12

LFORM1

**UST Form 101-7-TDR (5/1/2011)** *(Page: 7)*

Ver: 17.01

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 11-10126 -JBS | | Trustee Name: | Phillip D. Levey |
| Case Name: | SMITH, SHANITA | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******2887  Checking |
| Taxpayer ID No: | *******5279 | | | |
| For Period Ending: | 01/11/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/30/12 | | Trsf In From BANK OF AMERICA | INITIAL WIRE TRANSFER IN | 9999-000 | 37,982.59 | | 37,982.59 |
| 09/27/12 | 010001 | PHILLIP D. LEVEY<br>2722 NORTH RACINE AVENUE<br>CHICAGO, IL  60614 | Chapter 7 Compensation/Fees | 2100-000 | | 4,567.15 | 33,415.44 |
| 09/27/12 | 010002 | PHILLIP D. LEVEY<br>2722 NORTH RACINE AVENUE<br>CHICAGO, IL  60614 | Chapter 7 Expenses | 2200-000 | | 39.09 | 33,376.35 |
| 09/27/12 | 010003 | Phillip D. Levey | Attorney for Trustee Fees (Trustee | 3110-000 | | 9,112.50 | 24,263.85 |
| 09/27/12 | 010004 | David Liebowitz | Attorney for Trustee Fees (Other Fi | 3210-000 | | 1,757.00 | 22,506.85 |
| 09/27/12 | 010005 | FIA CARD SERVICES, N.A.<br>PO Box 15102<br>Wilmington, DE 19886-5102 | Claim 000001, Payment 86.55107% | 7100-900 | | 1,773.44 | 20,733.41 |
| 09/27/12 | 010006 | Citibank N.A.<br>c/o Citibank (South Dakota), N.A.<br>ATTN: Claims Dept. MC 2135<br>701 E 60th Street North<br>Sioux Falls, SD 57117 | Claim 000002, Payment 86.55106%<br>(2-1) Student Loan<br>(2-1) 2804 ln<br>20 | 7100-000 | | 5,358.35 | 15,375.06 |
| 09/27/12 | 010007 | Northern II University<br>235 Swen Parson<br>Student Loan REc<br>Dekalb,IL 60115-3085 | Claim 000003, Payment 86.55103%<br>Student Loan | 7100-000 | | 2,258.93 | 13,116.13 |
| 09/27/12 | 010008 | Capital Recovery III LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | Claim 000004, Payment 86.55108%<br>(4-1) Empire | 7100-000 | | 5,226.82 | 7,889.31 |
| 09/27/12 | 010009 | Sallie Mae<br>c/o Sallie Mae Inc.<br>220 Lasley Ave.<br>Wilkes-Barre, PA 18706 | Claim 000005, Payment 86.55106%<br>Student Loan | 7100-000 | | 6,667.79 | 1,221.52 |
| | | | Page Subtotals | | 37,982.59 | 36,761.07 | |

Ver: 17.01

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 8)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2
Exhibit 9

| Case No: | 11-10126 -JBS | | Trustee Name: | Phillip D. Levey |
| Case Name: | SMITH, SHANITA | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******2887 Checking |
| Taxpayer ID No: | *******5279 | | | |
| For Period Ending: | 01/11/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | | |
| | | | | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 09/27/12 | 010010 | American InfoSource LP as agent for US Cellular PO Box 248838 Oklahoma City, OK 73124-8838 | Claim 000006, Payment 86.54999% | 7100-000 | | 340.73 | 880.79 |
| 09/27/12 | 010011 | American InfoSource LP as agent for US Cellular PO Box 248838 Oklahoma City, OK 73124-8838 | Claim 000007, Payment 86.54938% | 7100-000 | | 217.94 | 662.85 |
| 09/27/12 | 010012 | CVF Consumer Acqusition Co its successors and assigns as assignee of NCO Group Inc Resurgent Capital Services PO Box 10587 Greenville, SC 29603-0587 | Claim 000008, Payment 86.54935% | 7100-000 | | 256.74 | 406.11 |
| 09/27/12 | 010013 | CVF Consumer Acqusition Co its successors and assigns as assignee of NCO Group Inc Resurgent Capital Services PO Box 10587 Greenville, SC 29603-0587 | Claim 000009, Payment 86.55186% | 7100-000 | | 406.11 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 37,982.59 | 37,982.59 | 0.00 |
| Less: Bank Transfers/CD's | 37,982.59 | 0.00 | |
| Subtotal | 0.00 | 37,982.59 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 37,982.59 | |

Page Subtotals  0.00  1,221.52

Ver: 17.01

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 9)

FORM 2

Page: 3

Exhibit 9

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 11-10126 -JBS | | Trustee Name: | Phillip D. Levey |
|---|---|---|---|---|
| Case Name: | SMITH, SHANITA | | Bank Name: | BANK OF AMERICA |
| | | | Account Number / CD #: | *******6189 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******5279 | | | |
| For Period Ending: | 01/11/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/22/12 | 8 | State Farm Fire and Casualty Company | SETTLEMENT | 1149-000 | 38,169.64 | | 38,169.64 |
| 02/29/12 | 9 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.01 | | 38,169.65 |
| 03/30/12 | 9 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.32 | | 38,169.97 |
| 03/30/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 46.93 | 38,123.04 |
| 04/30/12 | 9 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.31 | | 38,123.35 |
| 04/30/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 48.44 | 38,074.91 |
| 05/31/12 | 9 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.32 | | 38,075.23 |
| 05/31/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 48.37 | 38,026.86 |
| 06/29/12 | 9 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.31 | | 38,027.17 |
| 06/29/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 45.20 | 37,981.97 |
| 07/31/12 | 9 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.32 | | 37,982.29 |
| 08/30/12 | 9 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 0.30 | | 37,982.59 |
| 08/30/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 37,982.59 | 0.00 |

| | COLUMN TOTALS | 38,171.53 | 38,171.53 | 0.00 |
|---|---|---|---|---|
| | Less: Bank Transfers/CD's | 0.00 | 37,982.59 | |
| | Subtotal | 38,171.53 | 188.94 | |
| | Less: Payments to Debtors | | 0.00 | |
| | Net | 38,171.53 | 188.94 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking - ********2887 | 0.00 | 37,982.59 | 0.00 |
| Money Market Account (Interest Earn - ********6189 | 38,171.53 | 188.94 | 0.00 |
| | 38,171.53 | 38,171.53 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals     38,171.53     38,171.53

Ver: 17.01

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 10)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 4
Exhibit 9

| Case No: | 11-10126 -JBS | | Trustee Name: | Phillip D. Levey |
| Case Name: | SMITH, SHANITA | | Bank Name: | BANK OF AMERICA |
| | | | Account Number / CD #: | *******6189 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******5279 | | | |
| For Period Ending: | 01/11/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Checking - ********2887

Money Market Account (Interest Earn - ********6189

| | | | | | Page Subtotals | 0.00 | 0.00 |

Ver: 17.01

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 11)*